FILED
2021 Jun-23 PM 03:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
### for the
## NORTHERN DISTRICT OF ALABAMA



FILED
2021 JUN 23  A 10: 30

| | |
|---|---|
| _____REGINALD BARCLAY_____ } | |
| *Plaintiff,* } *complaint)* | |
| *(Write your full name.  No more than one plaintiff may be named in a pro se* } | |
| } | |
| } | |
| } | Case No.: 1:21-CV-855-CLM |
| **v.** } | *(to be filled in by the Clerk's Office)* |
| } | |
| CHRISTINE WORMUTH, | |
| Secrretary, | |
| Department of the Army___ } | JURY TRIAL ☐     Yes ☐     No |
| } | |
| } | |
| *(defendants cannot fit in the space above, please write "see attached" in the Write the full name of each defendant who is being sued. If the names* | |
| *of all Defendant(s),* } | |
| *space and attach an additional page with the full list of names)* } | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.   The Parties to This Complaint       A.      The Plaintiff**

| | |
|---|---|
| Name | REGINALD DEUNTAE    BARCLAY |
| Street Address | 5915 SUNDOWN PASS |
| City and County | ANNISTON, CALHOUN |
| State and Zip Code | ALABAMA |
| Telephone Number | (256) 282-7449 |
| E-mail Address *(if known)* | reggiebarclay@yahoo.com |

☐ **Check here to receive electronic notice through the e-mail listed above. By checking**
this box, the undersigned consents to electronic service and waives the right
to personal service by first class mail pursuant to Federal Rule of Civil
Procedure 5(b)(2), except with regard to service of a summons and complaint.
The Notice of Electronic Filing will allow one free look at the document, and
any attached PDF may be printed and saved.

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

_____                    _____

**Date**                                        **Participant Signature**

II.    **Basis for Jurisdiction**

    **B.**   **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

        Defendant No. 1

| | |
|---|---|
| Name | Tommy Carlisle |
| Job or Title *(if known)* | Deputy to the Commander |
| Street Address | 7 Frankford Avenue |
| City and County | Anniston, Calhoun |
| State and Zip Code | Alabama, 36201 |
| Telephone Number | (256) 235-7513 |
| E-mail Address *(if known)* | thomas.f.carlisle2.civ@mail.mil |

        Defendant No. 2

| | |
|---|---|
| Name | Steven W. Pennington |
| Job or Title *(if known)* | Director of Production |
| Street Address | 7 Frankford Avenue |
| City and County | Anniston, Calhoun |
| State and Zip Code | Alabama, 36201 |
| Telephone Number | (256) 235-4166 |
| E-mail Address *(if known)* | steven.w.pennington2.civ@mail.mil |

        Defendant No. 3

| | |
|---|---|
| Name | Timothy Paul Barber |
| Job or Title *(if known)* | Division Chief Fielding Operations |
| Street Address | 7 Frankford Avenue |

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

| | |
|---|---|
| City and County | Anniston, Calhoun |
| State and Zip Code | Alabama, 36201 |
| Telephone Number | (256) 235-6220 |
| E-mail Address *(if known)* | timothy.p.barber.civ@mail.mil |

Defendant No. 4

| | |
|---|---|
| Name | Michael D. Griggs |
| Job or Title *(if known)* | Division Chief |
| Street Address | 7 Frankford Avenue |
| City and County | Anniston , Calhoun |
| State and Zip Code | Alabama , 36201 |
| Telephone Number | (256) 235-7397 X 7397 |
| E-mail Address *(if known)* | michael.d.griggs.civ@mail.mil |

**C.   Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Anniston Army Depot |
| Street Address | 7 Frankford Avenue |
| City and County | Anniston, Calhoun |
| State and Zip Code | Alabama,36201 |
| Telephone Number | (256) 235-7860 |

**II.   Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

*Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to

12117.

*(Note: In order to bring suit in federal district court under the Americans with
Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal
Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly
as possible the facts showing that plaintiff is entitled to the damages or other relief sought.
State how each defendant was involved and what each defendant did that caused the
plaintiff harm or violated the plaintiff's rights, including the dates and places of that
involvement or conduct. If more than one claim is asserted, number each claim and write
a short and plain statement of each claim in a separate paragraph. Attach additional pages
if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all
that apply)*:

☐    Failure to hire me

☐    Termination of my employment

☐    Failure to promote me

☐    Failure to accommodate my disability

☐    Unequal terms and conditions of my employment

☑    Retaliation

☑    Other acts (specify): *Race, Color, Reprisal*

*(Note: Only those grounds raised in the charge filed with the Equal
Employment Opportunity Commission can be considered by the federal
district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s):

_April 8, 2019_

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me

☐    is/are not still committing these acts against me

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑    race            African American

☑    color           Dark Complexion

☐    gender/sex      _____

☐    religion        _____

☐    national origin _____

☐    age *(year of birth)* _____

         *(only when asserting a claim of age discrimination)*

☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows. Attach additional pages if needed.

PLEASE SEE ATTACHMENTS

_Attach EEO File (Informal + Formal)_

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____

_5/14/2019_

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter

☑   issued a Notice of Right to Sue letter, which I received on *(date)*: _____

_6/29/2019_ FILE

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)* C. Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed

☐   less than 60 days have elapsed V.

## Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SUSPENSION REMOVED

REINSTATE LOST WAGES TO INCLUDE (SUSPENSION DAYS, TRAVEL PAY

LOSS OF PAY DURING SUSPENSION + REINSTATEMENT OF GJAP

* INCLUDE ALL OTHER EXPENSES + LOSSES DUE TO THIS

ACTION. COMPENSATORY + PUNITIVE DAMAGES DUE TO THE AGENCY'S

INTENTIONAL GROSS NEGLIGENCE AS WELL AS ALL LEGAL,

ATTORNEY FEES + INTERESTS  RELATED TO THE SUBMISSION

+ PROCESSING OF THIS COMPLAINT.

## VI.   Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual

contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where caserelated papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: _6/ 17 /21_

Signature of Plaintiff: _Reginald Barcly_ Printed Name of Plaintiff: _____

**B.   For Attorneys**

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____ E-mail Address: _____



# FORMAL COMPLAINT OF DISCRIMINATION
For use of this form, see AR 690-600; the proponent agency is OSA

## PRIVACY ACT STATEMENT (5 U.S.C. §552a)

**AUTHORITY:** Public Law 92-261

**PRINCIPAL PURPOSE:** Used for formal filing of complaints of discrimination because of race, color, national origin, religion, sex, age, physical or mental disability, and/or reprisal by Department of the Army civilian employees, former employees, applicants for employment, and some contract employees.

**ROUTINE USES:** Information will be used (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts; (b) to respond to general requests for information under the Freedom of Information Act; (c) to respond to requests from legitimate outside individuals or agencies (Congress, White House, Equal Employment Opportunity Commission) regarding the status of an EEO complaint or appeal; or (d) to to adjudicate an EEO complaint or appeal.

**DISCLOSURE:** Voluntary, however, failure to complete all appropriate portions of the form may lead to rejection of complaint on the basis of inadequate data on which to continue processing.

| 1. NAME (Last, First, Middle Initial) | 2. SOCIAL SECURITY NUMBER | 3. HOME TELEPHONE NUMBER (256) 282-7449 |
|---|---|---|

**4. HOME ADDRESS**
5915 SUNDOWN PASS
ANNISTON, ALABAMA 36206

**5. DO YOU CURRENTLY WORK FOR THE FEDERAL GOVERNMENT?** ☐ NO  ☑ YES (If yes, complete 5, 6a, 6b, 7 and 8.)

**6. NAME OF AGENCY WHERE CURRENTLY EMPLOYED**
ANNISTON ARMY DEPOT

**6a. WORK TELEPHONE NUMBER** (256) 235-

**6b. EMPLOYER'S ADDRESS (Complete information to include office symbol).**
7 FRANKFORD AVENUE
ANNISTON, ALABAMA 36201

**7. PAY PLAN/SERIES/GRADE** WG-6610-10

**8. CURRENT JOB TITLE** SMALL ARMS REPAIR INSPECTOR

### SECTION I - COMPLAINT INFORMATION

**9. REASON YOU BELIEVE YOU WERE DISCRIMINATED AGAINST** (Check below all that apply, identify specific race, color, sex, age, religion, national origin, and/or disability.)

☑ RACE AFRICAN AME  ☑ COLOR DARK COMP  SEX ☐ Male ☐ Female  ☐ AGE

DATE OF BIRTH ____  ☐ NATIONAL ORIGIN ____  ☐ RELIGION ____

DISABILITY ☐ Mental ____ ☐ Physical ____ ☑ REPRISAL
(Date(s) and type of prior EEO activity)

**10. EXPLAIN WHEN AND HOW YOU WERE DISCRIMINATED AGAINST** (If your complaint involves more than one basis of alleged discrimination, list and number each basis separately and provide specific factual information in support of each allegation of discrimination. If necessary, continue on page 2.)

PLEASE SEE ATTACHED DOCUMENT

DA FORM 2590, FEB 2004    REPLACES DA FORM 2590-R, AUG 88, WHICH IS OBSOLETE.    PAGE 1 OF 3  APD PE v1.01ES

EXPLAIN WHEN AND HOW YOU WERE DISCRIMINATED AGAINST *(Cont'd) (If necessary, additional sheets may be used.)*

PLEASE SEE ATTACHMENT.

| 11a. NAME OF ORGANIZATION WHERE ALLEGED DISCRIMINATION OCCURRED | 11b. ADDRESS OF ORGANIZATION WHERE ALLEGED DISCRIMINATION OCCURRED |
|---|---|
| ANNISTON ARMY DEPOT | 7 FRANKFORD AVE., ANNISTON, AL 36201 |

12a. HAVE YOU DISCUSSED THE ISSUE *(s)* IN BLOCK 10 WITH AN EEO COUNSELOR? ☐ NO ☒ YES *(If yes, complete 12b, 12c, and 12d below.)*

| 12b. NAME OF EEO COUNSELOR | 12c. DATE OF INITIAL CONTACT WITH EEO OFFICIAL *(YYYYMMDD)* | 12d. DATE NOTICE OF RIGHT TO FILE A FORMAL COMPLAINT OF DISCRIMINATION RECEIVED *(YYYYMMDD)* |
|---|---|---|
| *Renika Baggage* | 5/14/2019 | 6/29/2019 |

13. ELECTION OF REPRESENTATION

☐ ATTORNEY   ☒ NON-ATTORNEY   ☐ NO REPRESENTATION

NAME OF REPRESENTATIVE   SHERLYN R. JOHNSON

ADDRESS   P.O.BOX 367
BYNUM, AL 36253

TELEPHONE NUMBER:   (256) 235-7471   FAX: (256) 238-0272   E-MAIL: SHERLYN.R.JOHNSON.CIV@MAIL.MIL

14. WHAT RELIEF ARE YOU SEEKING TO RESOLVE THIS COMPLAINT? *(State specific corrective action desired for each allegation.)*
I AM SEEKING TO BE MADE WHOLE TO THE FULLEST EXTENT OF THE LAW TO INCLUDE:
1.) TO HAVE DISCIPLINARY ACTION RESCINDED AND REMOVED FROM MY PERSONNEL FILE.
2.)TO BE REIMBURSED ANY AND ALL FINANCIAL LOSSES RELATED TO THE ACTION AND FINAL DECISION (NOA AWARD, LOSS OF TRAVEL PAY, LOSS OF OVERTIME, AND LOSS OF INCENTATIVE AWARD)
3.) ANY AND ALL LEGAL AND ATTORNEY FEES ASSOCIATED WITH THIS COMPLAINT.

15a. HAVE THE ISSUES IDENTIFIED IN BLOCK 10 BEEN APPEALED TO THE MERIT SYSTEMS PROTECTION BOARD *(MSPB)* OR FILED UNDER A UNION NEGOTIATED GRIEVANCE PROCEDURE? ☒ NO ☐ YES *(If yes, complete 15b, 15c, and 15d below.)*

| 15b. ☐ MSPB   ☐ UNION NEGOTIATED GRIEVANCE | 15c. DATE FILED *(YYYYMMDD)* N/A | 15d. MSPB OR UNION DOCKET NUMBER *(If known)* N/A |
|---|---|---|

16. LIST NAME(s) OF WITNESS *(ES)* AND BRIEFLY STATE WHAT INFORMATION WITNESS MAY CONTRIBUTE TO THE INVESTIGATION OF YOUR COMPLAINT.

| 17a. SIGNATURE OF COMPLAINANT | 17b. DATE DA FORM 2590 SIGNED BY COMPLAINANT *(YYYYMMDD)* |
|---|---|
| *Reginald Bardley* | 7/9/2019 |

DA FORM 2590, FEB 2004

PAGE 2 OF 3
APD LC v1.01ES

**Reginald Barclay's Statement**          July 9, 2019

I feel that the agency has violated Prohibited Personnel Practices, committed other unlawful personnel/employment practices, as well as violated The Civil Rights Act of 1964, when the agency made a final decision to suspend me. The agency has proposed actions against several employees for the exact same offense (all Caucasian Americans), before and after the final decision to suspend me was made. However I am the only employee to be suspended for the exact same offense, which I feel is intentional racial discrimination.

> In accordance with SEC. 2000e-2. *[Section 703], it is unlawful to discriminate*, and an unlawful employment practice is established when the complaining party demonstrates that race, color, religion, sex, or national origin was a motivating factor for any employment practice, even though other factors also motivated the practice.

As all employees and applicants for <u>employment</u> should receive fair and equitable treatment in all aspects of personnel management without regard to political affiliation, race, color, religion, national origin, sex, marital status.

I also feel that due to continuous arguments and disagreements and an extreme resentment with the deciding official Tommy Carlisle and Charles Barclay, ,before, during and after this meeting) even to a point where the meeting had to be stopped temporarily and then reconvened, Mr. Carlisle has abused his decision making position to both discriminate against me based on my Race (African American), Color (Dark Complexion), and Reprisal due to my brother Charles Barclay Union President whom represented me as well in the ATD process.

I feel that Mr. Carlisle was so upset with my brother, Charles Barclay, during the meeting and for their previous encounters, that he displaced his anger and frustrations in the final decision of my proposed action. The agency is not being consistent in this final decision against an African American Male, (union President's) brother Reginald Barclay, as were different with the previous 5 (FIVE) Caucasian Males.

This is extremely disturbing that discrimination and harassment are acceptable.

Managers have continued to make harassing comments to Mr. Barclay in regards to decisions made by my brother Charles Barclay, Union President, which I continue to respond "has nothing to do with me".

I feel the agency has violated The Civil Rights Act of 1964 law, as reflected in the information/documentation and submission will support and proves these violations and therefore seek to file a formal complaint of discrimination at this time.


Respectfully Submitted,

Reginald Barclay

| **EEO COUNSELOR'S REPORT**<br>For use of this form see AR 690-600, the proponent agency is OSA. | 1. DA DOCKET NUMBER |
|---|---|

### PRIVACY ACT STATEMENT (5 U.S.C. §552a)

**AUTHORITY:** Public Law 92-261

**PRINCIPAL PURPOSE:** Used for processing of complaints of discrimination because of race, color, national origin, religion, sex, age, physical and/or mental disability, or reprisal by Department of the Army civilian employees, former employees, applicants for employment and some contract employees.

**ROUTINE USES:** Information will be used (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts; (b) to respond to general requests for information under the Freedom of Information Act; (c) to respond to requests from legitimate outside individuals or agencies (White House, Congress, Equal Employment Opportunity Commission) regarding the status of a complaint or appeal; or (d) to adjudicate complaint or appeal.

**DISCLOSURE:** Voluntary, however, failure to complete all appropriate portions of this form may lead to delay in processing and/or rejection of complaint on the basis of inadequate data on which to continue processing.

### SECTION I - PRE-COMPLAINT INTAKE INTERVIEW

| 2. NAME OF AGGRIEVED (Print-Last, First, Middle Initial)<br>Barclay, Reginald D. | 3. JOB TITLE<br>SMALL ARMS REPAIR INSPECTOR |
|---|---|

| 4. PAY PLAN/SERIES/GRADE<br><br>WG/6610/10 | 5. DUTY ORGANIZATION (Complete address including office symbol)<br>US ARMY TACOM ANNISTON ARMY DEPOT<br>7 FRANKFORD AVE. ANNISTON, AL. 36201<br>DIRECTORATE OF PRODUCTION, TAAN-MP<br>SMALL ARMS REPAIR INSPECTOR, BUILDING 123 |
|---|---|

| 6. WORK TELEPHONE<br>256-235-7116 | 7. HOME TELEPHONE<br>256-820-9908 | 8. HOME ADDRESS<br>5915 Sundown Pass Anniston, AL. 36206 | |
|---|---|---|---|

| 9. DATE OF ALLEGED DISCRIMINATORY ACTION (YYYYMMDD)<br>20190408 | 10. 45TH CALENDAR DAY AFTER EVENT (YYYYMMDD)<br>20190523 | 11. REASON FOR DELAYED CONTACT BEYOND 45 DAYS, IF APPLICABLE<br>N/A | |
|---|---|---|---|

| 12. DATE OF INITIAL CONTACT WITH EEO OFFICIAL (YYYYMMDD)<br>20190514 | 13. 30TH CALENDAR DAY AFTER INITIAL CONTACT WITH EEO OFFICIAL (YYYYMMDD)<br>20190613 | 14. 90TH CALENDAR DAY AFTER INITIAL CONTACT WITH EEO OFFICIAL (YYYYMMDD)<br>20190812 | 15. DATE COUNSELING EXTENSION GRANTED, IF APPLICABLE (YYYYMMDD) |
|---|---|---|---|

| 16. DATE PRE-COMPLAINT INTAKE INTERVIEW CONDUCTED (YYYYMMDD)<br>20190516 | 17. PRE-COMPLAINT INTAKE INTERVIEW CONDUCTED:<br>☐ Telephonically   ☒ In-Person   ☐ Other (facsimile/e-mail) |
|---|---|

### SECTION II - ORGANIZATION WHERE ALLEGED DISCRIMINATION OCCURRED (Complete address including office symbol)

US ARMY TACOM ANNISTON ARMY DEPOT<br>
7 FRANKFORD AVE. ANNISTON, AL. 36201<br>
DIRECTORATE OF PRODUCTION, TAAN-MP<br>
SMALL ARMS REPAIR INSPECTOR, BUILDING 123

### SECTION III - RESPONDING MANAGEMENT OFFICIAL(s) INFORMATION (Include name, complete work address and phone number if known.)

1. Tommy Carlisle, Director of Production, 7 Frankford Ave. Anniston, AL. 36201, (256) 235-4166
2. Michael Griggs, First Line Supervisor, 7 Frankford Ave. Anniston, AL. 36201, (256) 240-3708
3. Paul Barber, Second Line Supervisor, 7 Frankford Ave. Anniston, AL. 36201, (256) 235-7397

000011

**SECTION IV - BASIS OF COMPLAINT** *(Identify specific race, color, religion, national origin, disability, age, sex, or reprisal if alleged.)*

[X] RACE Black     [X] COLOR Dark Complexion    SEX [X] Male [ ] Female

[ ] AGE _____ DATE OF BIRTH _____ [ ] NATIONAL ORIGIN _____

[ ] RELIGION _____ DISABILITY [ ] Mental _____ [ ] Physical _____

[ ] REPRISAL _____
*(Date(s) of prior EEO activity)*

**SECTION V - MATTER (s) GIVING RISE TO COMPLAINT** *(Specify who, what, where, and when.) (Use additional sheet of paper if necessary.)*

Was Reginald Barclay discriminated against based on Race (Black), Color (Dark Complexion), Sex (Non-Sexual/Harassment), and Hostile Working Environment?

On 8 April 2019, Mr. Barclay, was suspend by Tommy Carlisie, for bringing a concealed weapon on the premises of Anniston Army Depot.

Mr. Barclay, states he's an African American, with dark color skin complexion, and has no former EEO activities. Mr. Barclay states that his brother Charles Barclay, is the Union President (AFGE local 1945). Mr. Barclay, believes that he received disparate treatment than his colleagues who was white, because of his race and color. Mr. Barclay, also alleges that his white colleagues didn't receive the same penalty for the exact same violation. Mr. Barclay, alleges that he received a three day suspension, loss of travel pay, loss of overtime, and an incentive award. Mr. Barclay alleges that his white colleagues Brandon Brodeur, Michael Sander, Autumn Mayo (received his gun violation allegedly in 2019), and Mr. Dillon Terry. Mr. Barclay, alleges that he received treatment, while all of his white colleagues only received a written reprimand, and he was suspended for three days without pay, and Tommy Denson, who received a written reprimand for bring a fire arm on ANAD property in 2019. Mr. Barclay, was offered an Alternative to Traditional Discipline (ATD), but he refused to sign the paperwork, due to Mr. Barclay not agreeing with the ATD. Mr. Barclay, states that the weapon was found in his car during a random car search of his vehicle to enter the installation. Mr. Barclay states that he's never had any problems within his organization. Mr. Barclay, mention that his supervisor when he's not on the travel team Mr. Huntington, would say to him, "He can't get any work done because Mr. Barclay, brother Charles keeps alleging calling him". Mr. Barclay, also states that every time the travel team is TDY, and something happens allegedly Mr.Clark would say to Mr. Barclay, "Call your brother". Mr. Barclay allege that between the year 2017 and 2018, he was TDY to Savannah, GA. Supervisor John Hennington was commenting about people calling back to the Union Hall and complaining. During that time Mr. Barclay and Mr. Hennington, was talking then, he stated to Mr. Barclay, "That if his brother would stop freaking calling me I can do my job". Mr. Barclay, stated "That had nothing to do with him". Allegedly Mr. Hunley hadn't even spoken to Mr. Charles Barclay, due to Mr. Barclay being TDY at that time as well. Mr. Barclay claims that every time a supervisor is in hot water that he (Reginald) would receive the backlash from the supervisor. Mr. Barclay, alleges that he has completed the required paperwork that was submitted in November, to have his gun back, but he still hasn't received his gun back but all of his Caucasian co-workers whose names are listed above has received their firearm back. Mr. Barclay, alleges that Mr. Brodeur received a citation for having an expired gun permit. Mr. Barclay, union representative Sheryln Johnson, sent an email to Tommy Carlisie requesting an ATD. Mr. Charles Barclay and Tommy Carlisie got into a heated argument. LMER representative Nishman Huffman, was present to witness the argument.

**SECTION VI - RELIEF SOUGHT**

1. Suspension removed.
2. Payment for wages lost during suspension to include travel.
3. Reinstatement of GAP eligibility.

## SECTION VII - RIGHTS AND RESPONSIBILITIES

THE AGGRIEVED WAS PROVIDED WITH THE AGGRIEVED PERSON'S RIGHTS AND RESPONSIBILITIES NOTICE AND WAS SPE
ADVISED OF THE FOLLOWING:

- [X] The basis (es) for filing pre-complaint, formal complaint, and/or class complaint, and of right to file a formal complaint of discriminatic
- [X] The pre-complaint, formal and/or class complaint process.
- [X] The 45-day calendar requirement from effective date of personnel action or of the date of the matter alleged to be discriminatic
- [X] The role of the EEO counselor, including that the counselor is not an advocate for either the aggrieved person or the agency and acts strictly as a neutral.
- [X] The activity's Alternate Dispute Resolution (ADR) Program and right to elect either ADR (if offered) or traditional EEO counseling.
- [X] The right to remain anonymous during the pre-complaint process.
- [X] The right to representation throughout the complaint process.
- [X] Responsibility of the aggrieved to notify the EEO office in writing of any change in address and/or phone number.
- [X] Responsibility of the aggrieved to notify the EEO office in writing of non-attorney or attorney representation, including address and phone number.
- [X] The possible election requirement between a negotiated grievance procedure, MSPB procedure and the EEO complaint process.
- [X] The election options in age and wage-based discrimination complaints.

## SECTION VIII - ELECTION OF REPRESENTATION

| [ ] ATTORNEY | [X] NON-ATTORNEY | [ ] NON-REPRESENTATIVE |
|---|---|---|

| NAME OF REPRESENTATIVE | ADDRESS |
|---|---|
| Sheryln Johnson | P.O. Box 367 Bynum, AL. 336260 |

| TELEPHONE NUMBER | FAX | E-MAIL |
|---|---|---|
| 256-235-7471 | | sheryln.r.johnson.civ@mail.mil |

## SECTION IX - ALTERNATE DISPUTE RESOLUTION (ADR)

- [X] Matter determined not appropriate for ADR

_____ (Aggrieved must sign and date)

- [ ] Matter determined appropriate for ADR

_____ (EEO Officer must initial and date)

- [ ] Wishes to participate in ADR, if offered

_____ (EEO Officer must initial and date)

Date of written offer of ADR _____

Date of Agreement to Participate in ADR _____

Name of assigned ADR facilitator/mediator _____

Date ADR facilitator/mediator assigned _____

**Result of ADR:**

- [ ] ADR was successful.  Negotiated settlement agreement, signed on _____ (YYYYMMDD), is attached.
- [ ] ADR was not successful.  The aggrieved was issued a Notice of Right to File a Formal Complaint of Discrimination on _____ (YYYYMMDD) and notified of requirement to file a formal complaint within **15 calendar days** after receipt of Notice of Right to File. The aggrieved was provided a DA Form 2590, Formal Complaint of Discrimination.

## SECTION X - TRADITIONAL EEO COUNSELING (EEO official to complete only those which apply.)

- [X] Election of traditional counseling.

Name of assigned EEO counselor   Renika Baggage

Date EEO counselor assigned   20190515

- [ ] Election to remain anonymous.
- [X] Election to waive right to remain anonymous.
- [ ] Declined to pursue matter under Title VII.

DA FORM 7510, JUL 2010

**SECTION XI - WITNESS INQUIRY**

a. Witness Information *(List all witness data here. Number sequentially and include name, title, organization, phone number, and relevant basis(es) information.)*
1. Tommy Carlisle, Director of Production, 7 Frankford Ave. Anniston, AL. 36201, (256) 235-4166

b. Witness Statements

Mr. Tommy Carlisle, stated that the aggrieved (Reginald Barclay), had a handgun with plain view with a bullet in the chamber on the morning of his random car search upon entry upon Anniston Army Depot. Mr. Carlisle, stated that he took into consideration before making final Mr. Barclay punishment was Mr. Barclay, years of service with the federal government, and he had never been discipline before. Mr. Carlisle, states that the reason Mr. Barclay only received 3 days of suspension without pay instead of 5 was because, Mr. Barclay has never had any type of discipline before. Mr. Carlisle, also states that Mr. Barclay, was the only individual on ANAD, had he's had to do an Alternative Traditional Disciplinary for bringing a firearm onto Anniston Army Depot. Mr. Carlisle, stated that security informed him that the weapon was in plain view, and not hidden in the car. Mr. Carlisle, stated that Mr. Barclay request the release of his firearm back through the proper chain, which consists of his first line supervisor Mike Griggs, Paul Barber, John Hennington, and final Tommy Carlisle (Director of Production). Mr. Carlisle stated that Mr. Barclay rebuttal was outside of the time frame given, but he still took the rebuttal into consideration when making his final decision on his decision of what the ATD results would be. Mr. Carlisle, stated that Mr. Barclay, showed remorse during his ATD hearing & Ms. Sherylnn Johnson, was his representative during the ATD hearing. Mr. Carlisle, stated that Mr. Charles Barclay, AFGE Union Hall President, was on the telephone, and Mr. Charles Barclay, was telling Ms. Johnson and Mr. Reginald Barclay, to get up and leave the ATD meeting. Ms. Johnson, hung up the telephone on Mr. Charles Barclay, twice and the aggrieved and his representative eventually got up and left. Mr. Hennington proposed a 5 day suspension for Mr. Barclay, but Mr. Carlisle reduce the ATD from 5 days until 3 days. Mr. Carlisle, stated that security notified Mr. Barclay, first line supervisor Mr. Griggs, about the incident, and Mr. Griggs notified his supervisor. Mr. Carlisle stated that he first learned about the incident via the "blotter". Mr. Carlisle, stated that Mr. Barclay brother Charles only wanted Mr. Reginald Barclay to received a written reprimand, but Mr. Carlisile stated due to the severity of the offense he had to give Mr. Reginald Barclay a 3 day suspension.

**SECTION XI - WITNESS INQUIRY** *(Cont'd)*

Witness Statements *(Cont'd)*

c. Documents Reviewed *(List)*

Memorandum for Mr. Tommy Calisle
Request for Return of Personal Weapon and Accessories

d. Reviewed Documents Revealed

Rebuttal to ATD
Mr. Barclay, asking for his return of his firearm.
Names of Individuals who brought firearm upon Anniston Army Depot and was only given a written reprimand.

**SECTION XII - OUTCOME OF PRE-COMPLAINT INQUIRY**

[X] Resolution was not accomplished, therefore, I conducted the final interview with aggrieved on _____ *(YYYYMMDD)* at which time I informed the aggrieved of the full scope of my inquiry and the reason(s) articulated by management for action(s) taken. I provided the aggrieved with a Notice of Right to File a Formal Complaint of Discrimination and a DA Form 2590, Formal Complaint of Discrimination. The aggrieved is aware of the requirement to file a formal complaint within **15 calendar days** of the final interview if not satisfied with the results of my inquiry.

[ ] Resolution was accomplished. Negotiated settlement agreement, signed on_____ *(YYYYMMDD)*, is attached.

| PRINTED NAME OF EEO COUNSELOR | SIGNATURE OF EEO COUNSELOR | |
|---|---|---|
| Renika Baggage | | |
| Attachments:<br>1. Extension of counseling *(if applicable)*<br>2. Copies of reviewed documents | | DATE SUBMITTED TO EEO OFFICER<br>*(YYYYMMDD)* |



# AMERICAN FEDERATION OF
# GOVERNMENT EMPLOYEES
LOCAL #1945 • AFFILIATE WITH THE AFL-CIO

P.O. Box 367 • Bynum, Alabama 36253 • (256) 235-6390

MEMORANDUM FOR Mr. Tommy Carlisle, DP                          January 17, 2019

SUBJECT: Rebuttal to Proposed 5-Day Suspension for Mr. Reginald Barclay

Mr. Carlisle,

1. AFGE, on behalf of Mr. Reginald Barclay, (Bargain Unit Employee), does hereby submit a Rebuttal Response to the Proposed 5 Day Suspension submitted on November 29, 2018.

2. AFGE has concluded that suspension is not warranted in this situation and further asks that the deciding official provide the rationale for this decision based on the Douglas Factors.

3. After a thorough investigation of documentation of prior occurrences of the exact same offense, AFGE has concluded that the agency could not have considered the Douglas Factors.

4. AFGE has researched and found in the previous incidents where employees have been charged in violation of Commander's Policy # 10 (Prohibition of Privately-Owned Weapons on Anniston Army Depot) the disciplinary action taken was by far less severe in nature and does not mirror management's decision for this employee.

   *This incident was an isolated incident and the employee has apologized for his actions.

   *The Table of Penalties references a reprimand, as were the final decision in the previous related actions (all caucasians). However, in the case of Mr. Barclay, an African American, the agency's deciding official has displayed disparate treatment.

5. At this time, AFGE asks the agency to reconsider this decision and render a reprimand which is an appropriate, just and fair disciplinary action for the reflected offense.

   * Mr. Reginald Barclay has been employed for 14 yrs. with the agency.

   * Mr. Reginald Barclay has no prior disciplinary actions.

   * Mr. Reginald Barclay Appraisals are Outstanding as well as Exceptional.

   * Mr. Reginald Barclay has been extremely remorseful and took full responsibility for his actions. He provided both a verbal and written apology.

TO DO FOR ALL THAT WHICH NONE CAN DO FOR ONESELF

000016

*Mr. Reginald Barclay's actions did not cause harm to the agency nor to the accomplishment of the Agency's Mission.

*This has become a stressful situation which has resulted in undue and unjust emotional and a financial hardship on him and his family.

* The past practice agreement was in place to be consistent in final decisions which were agreed upon due to a lack of consistency below Deputy to Commanders levels. The agency should not have considered a suspension in this ATD process based on prior decisions (past practice).

6. Mr. Reginald Barclay's proposed suspension is referenced to additional actions which were requested to show a difference in penalties which have been used previously.

7. The past practice agreement was in place to ensure consistency in final decisions were issued; this was done because of a lack of inconsistency below the Deputy to the Commander's level.

8. The deciding officials were changed in 2018 by the new Deputy to the Commander, Chuck Gunnels, after he gave a written reprimand to an employee for having weapons on the depot and an expired permit.

9. A recent Director of DMM, Jeff Simmons, just rendered a written reprimand for a weapons proposal, which included the employee having an expired invalid permit (the Agency filing formal charges to appear in Magistrate Court). Previous decisions, which were 5 Caucasians under recent Deputy to the Commander Michael Burke through current Deputy to the Commander, Chuck Gunnels, and recent Director Jeff Simmons, all rendered final decisions of **reprimands** for the reflected offense.

10. The agency is not being consistent in administering the final decision against Mr. Barclay. He is the only employee to receive a suspension and the only African American Male; whereas, all five Caucasian Males only received reprimands.

11. I personally feel Reginald Barclay has received a harsher punishment than others as retaliation against me, his brother and Union President. VP Johnson stated she also felt retaliation was the issue since this was not the first occurrence Reginald has been harassed for being my brother.

12. This is extremely disturbing that discrimination and harassment are acceptable and in stark contrast to Anniston Army Depot values of other co-workers.

CHARLES BARCLAY
AFGE, LOCAL 1945
President

CC:
Arlynda Almond, LMER
Nishman Huffman, CPAC                    2



From: Reggie Barclay <reggiebarclay@yahoo.com>
  To: shes626@aol.com <shes626@aol.com>
Subject: Reginald Barclay
  Date: Fri, May 17, 2019 10:24 am

---

Year between 2017 and 2018.

I was TDY in Savannah, Georgia. Supervisor John Hunley was commenting about people calling back to the Union Hall. The following time John Hunley and I was talking then , she said if your brother stop freaking calling me I can do my job. I said that has nothing to do with me. He hadn't talked to him at the time. He was just talking to keep drama going at the workplace.

I found out later my brother was TDY. Supervisor John Hunley hadn't talked to him at the time. He said people stop calling back to the Union Hall. People assume I'm the one calling the Union Hall. He always say stuff like that. When the supervisors is in hot water with my brother. I get the backlash from the supervisor.


Year between 2018 and 2019.

Paul Barber said this statement the issue was Supervisor Josh Holcomb. He's people wasn't working overtime. So he was doing their job when they wasn't working. Someone called in the Union Hall. I was coming from the bathroom. Josh Holcomb and Paul Barber walked up to me and accused me of telling on Josh Holcomb, and I said no. Paul Barber said,it isn't anyone business what Josh Holcomb is during. And hour later Paul Barber came to me and apologized for assuming me of telling on Josh Holcomb.


Paul Barber and I was talking about awards. And then Paul said something about people not being able to cross trained. I said I can do all the position in Small Arms Repair.


Supervisor Packer always have issues with my brother. I get the backlash.


I feel that this is harassment and creating a hostile work environment.